UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
EUNICE RAQUEL FLORES THOMAS, on behalf of herself, individually, and on behalf of all others similarly situated

                               Plaintiffs,

                      -against-

AAM HOLDING CORP. d/b/a FLASHDANCERS GENTLEMEN'S CLUB, and 59 MURRAY STREET ENTERPRISES, INC. d/b/a FLASHDANCERS GENTLEMEN'S CLUB, and BARRY LIPSITZ, individually, and BARRY LIPSITZ, JR., individually

                               Defendants.
---------------------------------------------------------------------x

STIPULATION

Case No.: 1:22-cv-3110-GW-SLC

This Stipulation is entered into by Plaintiff Eunice Raquel Flores Thomas ("Plaintiff"), on the one hand, and Defendants AAM Holding Corp. d/b/a Flashdancers Gentlemen's Club, 59 Murray Street Enterprises, Inc. d/b/a Flashdancers Gentlemen's Club, Barry Lipsitz, and Barry Lipsitz, Jr., ("Defendants"), on the other hand, by and through their undersigned counsel.

**WHEREAS**, on or about April 14, 2022, Plaintiff filed the Complaint (the "Complaint") in this matter, on behalf of herself, individually, and on behalf of all others similarly situated, alleging various violations of the Fair Labor Standards Act and the New York Labor Law;

**WHEREAS**, on May 5, 2022, Defendants waived service of the Summons and Complaint;

**WHEREAS**, on or about April 27, 2022, Defendants notified Plaintiff's counsel that Plaintiff had previously agreed to individually arbitrate the claims alleged in the Complaint with the American Arbitration Association ("AAA") pursuant to agreements entered into with, or otherwise covering, each of the Defendants; and

**WHEREAS**, Plaintiff and Defendants agree that AAA's Employment Arbitration Rules and Mediation Procedures will apply to govern the AAA's arbitration of this matter.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties to this stipulation, that the above captioned matter will be stayed pending arbitration before the AAA.

Dated: May 9, 2022

| | |
|---|---|
| **BORELLI & ASSOCIATES, PLLC** | **AKERMAN LLP** |
| */s/ Danielle Petretta* | */s/ Jeffrey Kimmel* |
| Danielle Petretta, Esq. | Jeffrey A. Kimmel, Esq. |
| 910 Franklin Avenue, Suite 200 | 1251 Avenue of the Americas, 37th Floor |
| Garden City, New York 11530 | New York, New York 10020 |
| Tel.: (516) 248-5550 | Tel.: (212) 259-6435 |
| Fax.: (516) 248-6027 | Fax.: (212) 905-6408 |
| Email: DP@employmentlawyernewyork.com | Email: jeffrey.kimmel@akerman.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED**:

_____
Hon. Sarah L. Cave