

Cassidy Mara

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 880 3816
DirF: 212 259 8514
cassidy.mara@akerman.com

January 6, 2023

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> RE:   **Eunice Raquel Flores Thomas, et al. v. AAM Holding Corp. et al.**
>        **Docket No.: 1:22-CV-03110 (GHW) (SLC)**

Dear Judge Cave:

    This firm represents Defendants in the above captioned matter.  We write on behalf of all parties to provide a joint status update on the arbitration of this matter pursuant to this Court's November 9, 2022 Order.

    Since the parties' December 7, 2022 status update, Defendants have propounded discovery requests with respect to Thomas's claims on December 16, 2022 and with respect to Tanaka's claims on December 21, 2022. Thomas and Tanaka sent their discovery requests to Defendants on January 6, 2023.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

**AKERMAN LLP**

*/s/ Cassidy Mara*
Cassidy Mara, Esq.

TO: All Counsel via ECF

akerman.com