# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

January 10, 2023

*Via ECF*
The Honorable Sarah L. Cave
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Flores Thomas et al. v. AAM Holding Corp.; Case No. 22-cv-03110*

Dear Judge Cave:

    Our firm represents the Plaintiffs in the above-captioned matter that is stayed pending arbitration. We submit this correspondence to advise the Court that Danielle Petretta, Esq. is no longer employed with our Firm, and should no longer be an attorney of record in this matter. As such, we respectfully request that the Court remove her from the docket.

    We thank the Court for its attention to this matter.

                                                                    Respectfully submitted,

                                                                    Michael J. Borrelli, Esq. (MB 8533)
                                                                        *For the Firm*

To: All Counsel *via* ECF