UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUNICE RAQUEL FLORES THOMAS, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>         Plaintiff,<br>-v-<br><br>AAM HOLDING CORP. doing business as FLASHDANCERS GENTLEMEN'S CLUB, 59 MURREY STREET ENTERPRISES, INC. doing business as FLASHDANCERS GENTLEMEN'S CLUB, BARRY LIPSITZ, individually, and Barry Lipsitz, Jr., individually,<br><br>         Defendants. | CIVIL ACTION NO.: 22 Civ. 3110 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 9, 2023, the Court directed the parties to file a joint letter reporting on the status of their arbitration (the "Letter") by March 7, 2023. (ECF No. 33). To date, the parties have not filed the Letter. Accordingly, the parties shall file the Letter by **Tuesday, March 14, 2023**.

Dated:  New York, New York
     March 9, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**