UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

EUNICE RAQUEL FLORES THOMAS, on behalf of herself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

– against –

AAM HOLDING CORP. d/b/a FLASHDANCERS GENTLEMEN'S CLUB, and 59 MURREY STREET ENTERPRISES, INC. d/b/a FLASHDANCERS GENTLEMEN'S CLUB, and BARRY LIPSITZ, individually, and BARRY LIPSITZ, JR., individually,

                Defendants.

Case No. 22-CV-3110

**NOTICE OF MOTION TO APPROVE SETTLEMENT**

**PLEASE TAKE NOTICE** that, Defendants AAM Holding Corp. dba FlashDancers Gentlemen's Club; 59 Murray St. Enterprises Inc. dba FlashDancers Gentlemen's Club; Barry Lipsitz; and Barry Lipsitz Jr. (collectively, the "Defendants") and Plaintiff Eunice Raquel Flores Thomas ("Plaintiff") by and through their undersigned counsel, respectfully jointly move this Court for approval of their settlement of Plaintiff's claims in this case. In support, the parties submit the accompanying Memorandum of Law which is being filed contemporaneously with this motion, and the exhibits attached thereto, which are also being filed contemporaneously with this motion.

Dated: New York, New York
      August 30, 2024

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel Esq.
M. Adil Yaqoob Esq.
1251 Avenue of the Americas, 37th Fl.

New York, New York 10020
jeffrey.kimmel@akerman.com
adil.yaqoob@akerman.com
(212) 880-3800
*Attorney for Defendants*

Borrelli & Associates P.L.L.C.

 /s/Sharan R. Abraham
Sharan R. Abraham, Esq.
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: 516. 248-5550
SRA@employmentlawyernewyork.com