```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
EUNICE RAQUEL FLORES THOMAS, on                                :
behalf of herself individually, and on behalf of all others    :
similarly situated,                                            :
                                                               :
                                        Plaintiffs,            :      1:22-cv-3110-GHW-SLC
                                                               :
                -against-                                      :      ORDER
                                                               :
AAM HOLDING CORP. d/b/a                                        :
FLASHDANCERS GENTLEMEN'S CLUB, et                              :
al.,                                                           :
                                                               :
                                        Defendants.            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2024

GREGORY H. WOODS, United States District Judge:

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to jurisdiction by the Magistrate Judge over the outstanding motion for approval of the parties' settlement.  *See* Dkt. No. 57.

If all parties consent to proceed before the Magistrate Judge for these motions, counsel for the defendants must, **within two weeks of the date of this order** file on ECF a fully executed Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form, available at https://www.uscourts.gov/sites/default/files/ao085a.pdf.  The executed form should be filed on ECF as a "Proposed Consent to Magistrate Judge Disposition of Motion," and be described using the "Proposed Consent to Magistrate Judge Disposition of Motion" filing event in accordance with ECF Rule 13.27.  If the Court approves that form, all further proceedings regarding the motion for approval of the parties' settlement, filed at Dkt. No. 57, will then be conducted before the assigned Magistrate Judge rather than before me.  Any appeal from any ruling by the assigned Magistrate Judge on the pending motions for attorneys' fees would be taken directly to the United States Court

of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

If any party does not so consent, the parties must file a joint letter, **within two weeks of the date of this order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: August 30, 2024
      New York, New York

_____
GREGORY H. WOODS
United States District Judge

2