UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUNICE RAQUEL FLORES THOMAS, on behalf of herself, individually, and on behalf of all others similarly situated,

                    Plaintiff,

-v-

AAM HOLDING CORP. doing business as FLASHDANCERS GENTLEMEN'S CLUB, et al.,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 3110 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On or before **September 13, 2024**, Plaintiff shall supplement the Joint Motion to Approve Settlement (ECF No. 57) with receipts evidencing the costs and expenses Plaintiff incurred while litigating this case for which she seeks reimbursement under the terms of the parties' settlement agreement.

Dated:    New York, New York
           September 10, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**