UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUNICE RAQUEL FLORES THOMAS, on behalf of herself, individually, and on behalf of all others similarly-situated,

                    Plaintiff,

-v-

AAM HOLDING CORP. doing business as FLASHDANCERS GENTLEMEN'S CLUB, 59 MURREY STREET ENTERPRISES, INC. doing business as FLASHDANCERS GENTLEMEN'S CLUB, BARRY LIPSITZ, individually, and Barry Lipsitz, Jr., individually,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 3110 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court ORDERS as follows:

1. The parties' joint request at ECF No. 69 is **GRANTED**. The stipulation and order permitting Plaintiffs leave to amend the Complaint for the purpose of substituting one or more opt-in Plaintiffs for Plaintiff Eunice Raquel Flores Thomas will be entered separately.

2. The parties' joint request at ECF No. 70 is **GRANTED**. The telephone conference currently set for October 4, 2024 at 12:00 p.m. is **ADJOURNED** to **Friday, October 11, 2024 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF Nos. 69 and 70.

Dated:    New York, New York
           October 2, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**