UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUNICE RAQUEL FLORES THOMAS, on behalf of herself, individually, and on behalf of all others similarly-situated,

                    Plaintiff,

-v-

AAM HOLDING CORP. doing business as FLASHDANCERS GENTLEMEN'S CLUB, 59 MURREY STREET ENTERPRISES, INC. doing business as FLASHDANCERS GENTLEMEN'S CLUB, BARRY LIPSITZ, individually, and Barry Lipsitz, Jr., individually,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 3110 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephone conference held today, October 11, 2024, it is ORDERED as follows:

1. Plaintiff's Motion to Lift Stay (ECF No. 56) is **DENIED without prejudice** for the reasons stated on the record and in anticipation of the stipulation of dismissal to be filed pursuant to the parties' settlement agreement (ECF Nos. 57-1 at 3 ¶ 2; 66).

2. On or before **October 28, 2024**, the parties shall file a stipulation of dismissal, in accordance with Federal Rule of Civil Procedure 41(a), relating to Ms. Flores Thomas's claims.

3. The October 28, 2024 deadline for Plaintiff to file an amended complaint remains in effect (ECF No. 72 at 2), and Plaintiff shall deliver a copy of any proposed amended complaint to Defendants prior to filing it.

The Clerk of Court is respectfully directed to close ECF No. 56.

Dated: New York, New York
October 11, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

2