UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILA RONCATTO PETRY, on behalf of herself, individually, and on behalf of all others similarly-situated,

                            Plaintiff,

-v-

AAM HOLDING CORP. doing business as FLASHDANCERS GENTLEMEN'S CLUB, 59 MURREY STREET ENTERPRISES, INC. doing business as FLASHDANCERS GENTLEMEN'S CLUB, BARRY LIPSITZ, individually, and Barry Lipsitz, Jr., individually,

                            Defendants.

CIVIL ACTION NO.: 22 Civ. 3110 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed on the record during the October 11, 2024 telephone conference, the stipulation and order staying this case pending arbitration (ECF Nos. 16; 17) dissolved as a matter of law after the Court dismissed Eunice Raquel Flores Thomas from this action with prejudice (ECF No. 78). That does not preclude the parties from seeking a new stay.

Accordingly, and as previously ordered (ECF No. 77), Defendants shall respond to the Amended Complaint (ECF No. 75) by **November 12, 2024**.

The Clerk of Court is respectfully directed to remove the "STAYED" case flag from the docket.

Dated:     New York, New York
             October 30, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
United States Magistrate Judge