
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/24

**MEMORANDUM ENDORSED**

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

November 15, 2024

<u>VIA ECF</u>

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re: <u>**Petry v. AAM Holding Corp. et al**</u>
<u>Case No. 1:22-cv-03110-GHW-SLC</u>

Dear Judge Woods:

    This firm represents Defendants AAM Holding Corporation, 59 Murray Street Enterprises, Barry Lipsitz, and Barry Lipsitz, Jr. (collectively "Defendants") in connection with the above-referenced case. We respectfully write to request an adjournment of the pre-motion conference currently scheduled for November 21, 2024.

    This request is being made because the undersigned counsel for Defendants will be traveling November 21, 2024 and November 22 and will therefore be unable to the attend the conference as currently scheduled. Moreover, counsel for Plaintiffs will not be available the week of December 2, 2024. Accordingly, the parties respectfully request an adjournment of the pre-motion conference until the week of December 9, 2024. Plaintiffs' and Defendants' counsel are available before noon on December 10, and broadly available on December 11 and 13. This is the first request of its kind and this requested extension will not affect any other dates.

    We thank Your Honor for consideration of this request.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

Application granted in part. The Defendants' November 15, 2024 request to adjourn the pre-motion conference, Dkt. No. 82., is granted. The pre-motion conference is adjourned to December 19, 2024 at 9:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 82.

SO ORDERED.
Dated: November 15, 2024
New York, New York

GREGORY H. WOODS
United States District Judge

akerman.com

77158337;1

The Honorable Gregory H. Woods
November 15, 2024
Page 2
_____


cc: Plaintiffs' attorney (via ECF)

77158337;1