UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CAMILA RONCATTO PETRY, *on behalf of*
*herself individually, and on behalf of all others similarly*
*situated*,

                                        Plaintiffs,

                    -against-

AAM HOLDING CORP. d/b/a
FLASHDANCERS GENTLEMEN'S CLUB, *et*
*al.*,

                                        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/2024

1:22-cv-3110-GHW-SLC

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record, Defendants' request for leave to file a motion to compel Plaintiffs to arbitrate their claims; to stay this action; to strike the class and collective claims; and to dismiss plaintiffs Marmolejo and Tanaka from the case (collectively, "Defendants' Motions"), Dkt. No. 80, is granted.  The deadline for Defendants to file and serve Defendants' Motions is January 17, 2025. Plaintiffs' opposition is due within twenty-one days after service of Defendants' Motions. Defendants' reply, if any, is due within seven days after service of Plaintiffs' opposition.

        SO ORDERED.

Dated:  December 19, 2024
        New York, New York

_____
GREGORY H. WOODS
United States District Judge