UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILA RONCATTO PETRY, on behalf of herself, individually, and on behalf of all others similarly-situated,

                       Plaintiff,

-v-

AAM HOLDING CORP. doing business as FLASHDANCERS GENTLEMEN'S CLUB, et al.,

                       Defendants.

CIVIL ACTION NO. 22 Civ. 3110 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the stay entered by the Honorable Gregory H. Woods pending arbitration (ECF No. 97), on or before **June 27, 2025, and every 60 days thereafter**, the parties shall file a joint letter setting forth the status of their arbitration.

Dated:     New York, New York
            April 24, 2025

                                        SO ORDERED.

                                        _/s/ Sarah L. Cave_
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**