UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILA RONCATTO PETRY, on behalf of herself,
individually, and on behalf of all others similarly-
situated,

                              Plaintiff,

        -v-

AAM HOLDING CORP. doing business as
FLASHDANCERS GENTLEMEN'S CLUB, et al.,

                              Defendants.

CIVIL ACTION NO. 22 Civ. 3110 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously ordered the parties to file a joint letter setting forth the status of their arbitration by June 27, 2025, and every 60 days thereafter. (ECF No. 98). The parties have not complied.

As a one-time courtesy, the Court sua sponte extends the deadline for the parties to file their joint status letter up to and including **July 1, 2025**.

Dated:        New York, New York
              June 30, 2025

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**