UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILA RONCATTO PETRY, <u>on behalf of herself, individually, and on behalf of all others similarly-situated</u>,<br><br>                           Plaintiff,<br><br>     -v-<br><br>AAM HOLDING CORP. d/b/a FLASHDANCERS GENTLEMEN'S CLUB, <u>et</u> <u>al.</u>,<br><br>                           Defendants. | CIVIL ACTION NO. 22 Civ. 3110 (GHW) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously ordered the parties to file a joint letter setting forth the status of their arbitration (the "Letter") by June 27, 2025, and every 60 days thereafter.  (Dkt. No. 98).  On June 30, 2025, the parties having not filed their first Letter, the Court <u>sua</u> <u>sponte</u> extended the deadline for the parties to file their first Letter to July 1, 2025.  (Dkt. No. 99).  The parties then filed three Letters on July 1, 2025, August 26, 2025, and October 27, 2025.  (Dkt. Nos. 100–102).    The parties, however, were required to file another Letter on December 26, 2025.  (<u>See</u> Dkt. No. 98).  To date, the parties have not filed the Letter.

As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> extends the deadline for the parties to file the Letter up to and including **January 6, 2026**, and **every 60 days thereafter**.

Dated:        New York, New York
              December 30, 2025            SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge